# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD RYAN II,<br><br>            Plaintiff,<br><br>    v.<br><br>LEO SIQUEIROS, et al.,<br><br>            Defendants.<br>_____ / | Case No. 1:15-cv-01152 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM UNDER SECTIONS 1983 AND 1985<br><br>[FOURTEEN DAY DEADLINE] |

Plaintiff James Richard Ryan II, a state civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. §§ 1983, 1985 on July 24, 2015. He consented to the jurisdiction of the Magistrate Judge on September 18, 2015.

On May 18, 2016, the Court issued a screening order dismissing the complaint for failure to state a claim. Plaintiff was directed to file an amended complaint within thirty days. Over thirty days have passed and Plaintiff has failed to comply. The order dismissing the complaint advised that failure to file an amended complaint would result in dismissal of the action.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE within fourteen days why the action should not be dismissed for failure to state a claim.

IT IS SO ORDERED.

Dated:   **June 24, 2016**                                /s/ *Dennis L. Beck*
                                                                UNITED STATES MAGISTRATE JUDGE