# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD RYAN II, | Case No. 1:15-cv-01152 DLB PC |
| Plaintiff, | ORDER VACATING ORDER TO SHOW CAUSE OF JUNE 24, 2016 |
| v. | [ECF No. 8] |
| LEO SIQUEIROS, et al., | ORDER DIRECTING CLERK OF COURT TO RE-SERVE FIRST SCREENING ORDER |
| Defendants. | [ECF No. 7] |
| | ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT |

Plaintiff James Richard Ryan II, a state civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. §§ 1983, 1985 on July 24, 2015. He consented to the jurisdiction of the Magistrate Judge on September 18, 2015.

On May 18, 2016, the Court issued a screening order dismissing the complaint for failure to state a claim. Plaintiff was directed to file an amended complaint within thirty days. Over thirty days passed and Plaintiff failed to comply. The order dismissing the complaint advised that failure to file an amended complaint would result in dismissal of the action. Accordingly, on June 24, 2016, the Court issued an order directing Plaintiff to show cause why the action should not be dismissed for failure to state a claim.

On June 29, 2016, Plaintiff responded to the Court's screening order. Plaintiff stated he had only received the first six pages of the Court's screening order. Missing from the order were

the last pages providing Plaintiff with further instructions.  Plaintiff states he believes he has thirty days to file an amended complaint but he requests clarification concerning the incomplete document.  Based on the foregoing, the Court finds good cause to vacate the order to show cause.

Accordingly, IT IS HEREBY ORDERED:

1) The order to show cause of June 24, 2016, is hereby VACATED;

2) The Clerk of Court is DIRECTED to re-serve Plaintiff with a copy of the Court's First Screening Order of May 18, 2016 (ECF No. 7); and

3) Plaintiff is GRANTED thirty (30) days from the date of service of this order to file a First Amended Complaint.

IT IS SO ORDERED.

Dated:   **July 6, 2016**                              /s/ *Dennis L. Beck*
                                                                UNITED STATES MAGISTRATE JUDGE